1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KELLY ROEHLK

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) Case No.  1:16-po-00019 SAB
                                  )
12           Plaintiff,            ) **STIPULATION TO CONTINUE CHANGE**
                                  ) **OF PLEA AND ORDER THEREON**
13 vs.                            )
                                  )
14 KELLY ROEHLK,                  )
                                  )
15           Defendant.           )
                                  )
16 _____ )

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record, that the change of plea hearing set for June 2, 2016 at 10:00 a.m.,

19 may be continued to Thursday, June 16, 2016, at 10:00 a.m.

20       Both counsel for the government and counsel for the defense will be out of town and will

21 not be available on June 2, 2016, and Mr. Roehlk has a small claims court hearing at 8:30 a.m.

22 on that same date in Visalia.  The parties agree that the additional time to prepare for the change

23 of plea and sentencing, and to permit both counsel for the government and counsel for the

24 defense to attend the hearing, is in the best interest of both parties.

25       It is therefore respectfully requested that the hearing set for June 2, 2016 at 10:00 a.m. be

26 continued to Thursday, June 16, 2016, at 10:00 a.m.

27 / / /

28 / / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 25, 2016 | | */s/ Megan T. Hopkins*<br>MEGAN T. HOPKINS<br>Assistant Federal Defender<br>Attorney for Defendant<br>KELLY ROEHLK |
| | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: May 25, 2016 | | */s/ Katherine A. Plante*<br>KATHERINE A. PLANTE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the change of plea hearing set for June 2, 2016 at 10:00 a.m., is continued to Thursday, June 16, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **May 31, 2016**

UNITED STATES MAGISTRATE JUDGE