1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KELLY ROEHLK

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.  1:16-po-00019 SAB
                                     )
12           Plaintiff,              )  **STIPULATION TO CONTINUE CHANGE**
                                     )  **OF PLEA; ORDER THEREON**
13  vs.                              )
                                     )  Date:  July 21, 2016
14  KELLY ROEHLK,                    )  Time:  10:00 a.m.
                                     )  Judge: Honorable Stanley A. Boone
15           Defendant.              )
                                     )
16  _____   )

17         **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18  respective attorneys of record, that the change of plea hearing set for June 16, 2016 at 10:00 a.m.,

19  may be continued to Thursday, July 21, 2016, at 10:00 a.m.

20         Defense Counsel will be out of state on work-related travel from June 12, 2016 through

21  June 27, 2016 and due to current counsel's rapport with Mr. Roehlk and the sensitive nature of

22  his mental health condition, continuity of counsel is particularly important.  It is therefore

23  respectfully requested that the hearing set for June 16, 2016 at 10:00 a.m. be continued to

24  Thursday, July 21, 2016, at 10:00 a.m., at which time Mr. Roehlk intends to change his plea.

25  / / /

26  / / /

27  / / /

28  / / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: June 10, 2016          */s/ Megan T. Hopkins*
                              MEGAN T. HOPKINS
                              Assistant Federal Defender
                              Attorney for Defendant
                              KELLY ROEHLK


                              BENJAMIN B. WAGNER
                              United States Attorney


DATED: June 10, 2016          */s/ Katherine A. Plante*
                              KATHERINE A. PLANTE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

### O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the change of plea hearing set for June 16, 2016 at 10:00 a.m., is continued to Thursday, July 21, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **June 10, 2016**

UNITED STATES MAGISTRATE JUDGE