## IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-po-00019 SAB |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| KELLY ROEHLK, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Entering Premises Under the Influence of Alcohol, in violation of 38 CFR 1.218(b)(16) |
| **Sentence Date:** | July 21, 2016 |
| **Review Hearing Date:** | May 18, 2017 |
| **Probation Expires On:** | July 20, 2017 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $35 (processing fee and special assessment)

☒ Other Conditions: Complete Visalia Veterans Court program

☒ Other Conditions: Attend AA or other outpatient alcohol treatment three times per week for 12 months

☒ Other Conditions: Attend counselling with Dr. Richards once monthly

☒ Other Conditions: Do not consume any alcohol, and do not consume any drug without a prescription

☒ Other Conditions: Attend 7 weeks of Anger Management Counselling

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

\*\*\* Mr. Roehlk completed 120 days of anger management counselling at the PARR program in Springville, CA. This program was the contemplated treatment program agreed upon by the parties. Mr. Roehlk attended AA as directed, until such time as his treating physician directed him to seek residential alcohol treatment, which he enrolled in through the "First Step" program, managed by the VA in Palo Alto. He has been in residential alcohol treatment at a live-in facility since April 2017. Mr. Roehlk was attending regular visits with Dr. Richards as ordered until Dr. Richards directed him to seek more intensive PTSD treatment through the VA. Mr. Roelhk is receiving this treatment through the Palo Alto program.

Mr. Roehlk is unable to provide documentation of his AA attendance log and admission to the residential program to counsel as of the date of this report, as those documents are in his home in Visalia. Mr. Roehlk has spoken with a counselor and will be permitted to retrieve the documents from his home on or after May 31, 2017 when the program's lockdown period ends. He will provide them to counsel and then return to the program for further treatment. The program is expected to conclude the residential phase in October of 2017, at which time Mr. Roehlk will continue on an outpatient treatment plan.

Mr. Roehlk is therefore requesting a continuance of his review hearing until October 19, 2017. He is in agreement with an extension of his probation (which is set to expire in July of 2017) until that time. Alternatively, Mr. Roehlk requests that his presence be waived at the currently scheduled review hearing and to permit counsel to appear on his behalf, so that he can continue to participate in the residential treatment program.

## *GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance: We believe he was arrested in November 2016 for receiving stolen property, Dec 2016 for DUI and threaten with intent, and March 2017 for Disorderly conduct and contempt of court, and we have not received information regarding disposition of those offenses.

Government Attorney: /s/ *Michael Tierney*

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/18/2017 at 10:00 a.m.

    ☒ be continued to October 19, 2017 at 10:00 a.m.; or

    ☒ In the alternative, that Mr. Roehlk's personal appearance be waived.

DATED: 5/5/2017            */s/ Megan Hopkins*
                                                 DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED.

IT IS SO ORDERED.

Dated: **May 11, 2017**
                                                       UNITED STATES MAGISTRATE JUDGE