# UNITED STATES DISTRICT COURT
## Eastern District of California
## Petition For Violation of Probation

**Name of Offender:**   KELLY ROEHLK         **Docket Number:**   1:16PO00019-SAB

**Name of Judicial Officer**:   United States Magistrate Judge Stanley A. Boone

**Date of Original Sentence:**   7/21/2016

**Original Offense:** 38 C.F.R. 1.218(b)(16), Entering Premises Under the Influence of Alcohol

**Original Sentence:**  12 months unsupervised probation, $10 special assessment

**Special Conditions:**   1) The defendant's probation shall be unsupervised; 2) The defendant shall obey all federal, state and local laws; 3) The defendant shall notify the court and, if represented by counsel, counsel of any change of address and contact number; 4) The defendant shall pay a special assessment of $10, and a processing fee in the amount of $25, for a total obligation of $35; 5) The defendant is ordered to appear for a review hearing that has been set for May 18, 2017. A status report regarding the defendant's performance on probation shall be filed two weeks before the review hearing; 6) While on probation and subject to any financial obligation of probation, defendant shall notify the court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the financial obligation; 7) The defendant must complete the Visalia Veteran's Court Program; 8) The defendant shall attend AA meetings at least three times per week, each week during the term of probation from now until it expires on 7/21/2017; 9) The defendant shall not consume any alcohol, drug, or controlled substance unless you have a licensed prescription, medical marijuana is not a licensed prescription in federal court; 10) The defendant shall be chemically tested, not by U.S. Probation Office, but pursuant to the Visalia Veteran's Court Program procedures; defendant will be tested at the rate they determine. Any violation or failure to appear as requested will also result as a violation of probation; and 11) The defendant shall attend Anger Management course for a period of 7 weeks.

**Type of Supervision:**   Unsupervised by Probation Office

**Date Supervision Commenced:**   7/21/2016

**Other Court Actions:** None

| Charge Number | Nature of Violation |
|---|---|
| 1. | On November 16, 2016 the defendant was arrested by the Tulare County Sheriff's Department for Receiving Stolen Property. |
| 2. | On December 5, 2016, the defendant was arrested by the Tulare County Sheriff's Department for Driving Under the Influence. |

3. On December 8, 2016, the defendant was arrested by the Tulare County Sheriff's Department for Terrorist Threats.
4. On March 20, 2017, the defendant was arrested by the Tulare County Sheriff's Department for Disorderly Conduct: Under the Influence of Drugs.
5. On March 30, 2017, the defendant was arrested by the Tulare County Sheriff's Department for Contempt of Court.
6. The defendant has failed to pay his special assessment.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:** **May 31, 2017**
**Fresno, California**

Respectfully submitted,
**/s/ Tim Mechem**

**TIM MECHEM**
**Supervising United States Probation Officer**
Telephone: 559-499-5731

**DATED:** 5/31/2017

Reviewed by,
**/s/ Brian Bedrosian**

**Brian Bedrosian**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☐ The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a request for Warrant or Summons

X Other : Court holds warrant until hearing on June 1, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **May 31, 2017**

_____
UNITED STATES MAGISTRATE JUDGE