HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDREW WONG, CA Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KELLY ROEHLK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-po-19-SAB |
| Plaintiff, | STIPULATION TO PLACE DEFENDANT ON THE COURT'S JUNE 12, 2017 CALENDAR |
| vs. | |
| KELLY ROEHLK, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Defendant Kelly Roehlk, by and through his attorney of record, Assistant Federal Defender Andrew Wong, and Assistant United States Attorney Michael Tierney, that the Defendant be permitted to place himself on the court's June 12, 2017 calendar in order to recall his warrant and make his initial appearance on the petition for violation of probation.

Defendant was admitted to the Veterans Administration Hospital early on the morning of June 1, 2017 and was unable to appear as ordered on that date. June 12, 2017 is the earliest date the Defendant is able to appear due to his lack of financial resources and stable housing.

/ / /

/ / /

/ / /

/ / /

The parties respectfully request the court allow the Defendant to place himself on the court's June 12, 2017 calendar.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: June 8, 2017                    By:  */s/ Andrew Wong*
                                            ANDREW WONG
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            KELLY ROEHLK


DATED: June 8, 2017                    By:  */s/ Michael Tierney*
                                            MICHAEL TIERNEY
                                            Assistant United States Attorney


IT IS SO ORDERED.

Dated: **June 9, 2017**

UNITED STATES MAGISTRATE JUDGE