HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KELLY ROEHLK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY ROEHLK,<br><br>Defendant. | Case No. 1:16-po-00019-SAB<br><br>**STIPULATION TO CONTINUE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Kelly Roehlk, that the Court continue the September 6, 2018 hearing to October 4, 2018.

Defense counsel has been conducting an ongoing investigation in this case. Unfortunately, the investigator assigned to this case is now out of the office. Therefore, additional time is needed. The parties thus request that the Court continue Mr. Roehlk's September 6, 2018 hearing to October 4, 2018.

//

//

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 28, 2018                */s/ Michael Tierney*
                                     MICHAEL TIERNEY
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     HEATHER E. WILLIAMS
                                     Federal Defender


Date: August 28, 2018                */s/ Hope Alley*
                                     HOPE ALLEY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     KELLY ROEHLK


## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the September 6, 2018 hearing for Kelly Roehlk, Case No. 1:18-po-00045-SAB, is continued to October 25, 2018 at 10:00 a.m. Defendant is ordered to appear at that date and time.

IT IS SO ORDERED.

Dated: __**August 29, 2018**__

UNITED STATES MAGISTRATE JUDGE